UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Lester T. McCrary,

    Plaintiff,

-V-                                              Case No. 2:05-cv-00518
                                              JUDGE SMITH
                                              Magistrate Judge Abel

JP Morgan Chase, Bank One,
et al.,

    Defendants.

## ORDER

Plaintiff executed a settlement agreement and release in this case on April 18, 2006.  Defendants tendered a settlement check to plaintiff on May 4, 2006.  Plaintiff moves for sanctions on May 10, 2006, arguing that defendants did not properly calculate the amounts withheld for taxes.

The Court **DENIES** plaintiff's motion for sanctions.  Even if defendants withheld too much for taxes, and the Court finds that they did not, that amount will be refunded to plaintiff in

1

connection with his 2006 tax return.  The Court also **DENIES** plaintiff's motion for a protective order.

The Court **DISMISSES** this action with prejudice.

The Clerk shall remove this case from the Court's pending cases list.

**IT IS SO ORDERED.**

      /s/ George C. Smith
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**